# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **MARKIST BULGER,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 7:21-cv-01115-RDP-JHE |
| **LT. RUTHLEDGE, et al.,** | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

Plaintiff Markist Bulger filed a *pro se* complaint under 42 U.S.C. § 1983, alleging violations of his rights under the Constitution or laws of the United States. (Doc. 1). On September 6, 2022, the Magistrate Judge entered a Report and Recommendation recommending the court dismiss Plaintiff's federal claims without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief can be granted. (Doc. 7). The Magistrate Judge further recommended that the court dismiss Plaintiff's state-law claims without prejudice pursuant to 28 U.S.C. § 1367(c)(3). (Doc. 7). Although the Magistrate Judge advised Plaintiff of his right to file written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the Recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b)(1), Plaintiff's federal claims are due to be dismissed without prejudice for failing to state a claim upon which relief can be granted. Additionally, Plaintiff's state-law claims are due to be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

A Final Judgment will be entered.

**DONE** and **ORDERED** this September 29, 2022.

                                                  _____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE